UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BILLY MARTIN, *et al.* § 
§
versus § CIVIL ACTION NO. H-01-4153
§
ALLIEDSIGNAL INC., *et al.* §
§

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February 08**, 2002 @ **2:00 p.m.** before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

14