

A CERTIFIED TRUE COPY

FEB 28 2002

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

United States Courts
Southern District of Texas
ENTERED

MAR 1 2 2002

Michael N. Milby, Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 8 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

H 01-4153

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the five Southern District of Texas actions listed on the attached Schedule A on February 8, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the five actions filed notices of opposition to the proposed transfer. The Panel has now been advised that the five actions were remanded to Texas state court by the Honorable Vanessa D. Gilmore in separate minute orders entered on February 20 and 21, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to the five actions listed on the attached Schedule A.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Southern District of Texas

*James H. Jones, et al. v. ACandS, Inc., et al.*, C.A. No. 4:01-4061
*Bob Stephenson v. Allied Signal, Inc., et al.*, C.A. No. 4:01-4121
*Jerry Hunt, et al. v. Maremont Corp., Inc., et al.*, C.A. No. 4:01-4134
*Brian E. Liles, et al. v. Garlock, Inc., et al.*, C.A. No. 4:01-4152
*Billy Martin, et al. v. Allied Signal, Inc., et al.*, C.A. No. 4:01-4153